IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01874-BNB

ARNELL W. SHELTON,

    Plaintiff,

v.

WARDEN BLAKE R. DAVIS,
UNIT MANAGER M. COLLINS, and
FBOP DIRECTOR HARLY LAPPIN,

    Defendants, named as Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 3 2009

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff, Arnell W. Shelton, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. He submitted to the Court *pro se* a motion titled "Motion for a Writ of Mandamus." The Court reviewed the motion and determined it was deficient. Therefore, in an order filed on August 7, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Shelton to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The August 7, 2009, order pointed out that Mr. Shelton failed either to pay the $350.00 filing fee or to submit on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The order also pointed out that Mr. Shelton failed to submit a Prisoner Complaint on the proper, Court-

approved form. The order warned Mr. Shelton that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice. Mr. Shelton has failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that the motion titled "Motion for a Writ of Mandamus" is denied as moot.

DATED at Denver, Colorado, this 22 day of Sept., 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01874-BNB

Arnell W. Shelton
Reg No. 31513-007
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226-8500

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/23/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk